UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Rene Garrido, et al.
                                    Plaintiff,
v.                                                          Case No.: 1:17−cv−03236
                                                            Honorable Rebecca R. Pallmeyer
Chicago Ornamental Iron, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 4, 2018:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 9/4/2018. Plaintiffs' motion to certification the class [26] is denied without prejudice to opt−ins. Status hearing set for 9/25/2018 at 9:30 AM for purposes of setting a trial date. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.