# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RENE GARRIDO and SERGIO PATINO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 17 C 3236 |
| v. ) | |
| ) | Judge Rebecca R. Pallmeyer |
| CHICAGO ORNAMENTAL IRON, INC., ) | |
| JONATHAN SAMEK, and ENRIQUE MONTES, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

This cause comes to be heard on the Parties' Motion for Approval of Settlement (the "Motion") (collectively Plaintiffs and Defendants are referred to as the "Parties"). The Court having been fully advised, reviewed and considered the Settlement, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has considered arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement is a fair and reasonable compromise of a *bona fide* dispute between the Parties;

2. The Motion is granted;

3. The Court hereby approves the terms provided in the Settlement Agreement. The Settlement Agreement is the result of arm's length negotiations and provides substantial relief to Plaintiffs;

4. The amounts payable to the Plaintiffs identified in the Motion are approved;

5. Villalobos & Associates is awarded $26,66.62,000 as full and complete satisfaction of its fees and costs;

6. Law Office of Brian D. Massatt is awarded $20,000 as full and complete satisfaction of its fees and costs.

7. The settlement shall be made in installment payments as provided in Exhibit 2 of the Settlement Agreement. Provided that all conditions precedent contained in Paragraph 2 of the Settlement Agreement have been met, the first installment payment shall be made no later than December 2, 2019 and the last installment payment shall be made no later than January 3, 2021.

8. This action and the claims of all Plaintiffs in it are initially dismissed without prejudice, which shall automatically become a dismissal with prejudice on January 17, 2021 with no further order of the Court required, unless a motion is filed to reopen the case solely for purposes of enforcing the Settlement Agreement.

9. Benjamin Castillas and Rolando Patino are dismissed with prejudice.

10. Each party shall bear their own fees and costs in accordance with the terms of the Settlement Agreement.

ENTER:

October 7, 2019

Rebecca R. Pallmeyer
United States District Judge